**McNAMARA LAW FIRM, PLLC**
1670 East River Road, Suite 200
Tucson, Arizona 85718
(520) 624-0126
(520) 624-9238 – FAX

Michael F. McNamara, PCC 37860; SBN 011277
E-mail: mfm@mgm-legal.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marco A. Dagnino, Jr., a single man,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>United States of America, a governmental entity,<br><br>　　　　　Defendant. | NO.<br><br>**C O M P L A I N T**<br>**(Medical Malpractice)**<br><br>Assigned to: |

Plaintiff, for his Complaint against the Defendant, alleges as follows:

### I.　　GENERAL ALLEGATIONS.

1.　The United States District Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331.

2.　Venue is proper pursuant to 28 U.S.C. § 1391(b).

3.　Plaintiff has complied with the FTCA notice of claim requirements by submitting the same to the U.S. Department of Health and Human Services ("DHHS") on January 24, 2020, for the claim of Plaintiff herein.

4. This action is brought pursuant to 28 U.S.C. § 2675(a), as DHHS has failed to act on the administrative claim within six months of presentment and, thus, is considered as a denial of the administrative claim.

5. Marco A. Dagnino, Jr., is a single man.

6. That Dr. Parry is a doctor practicing General Dentistry and was doing business as such as an agent, servant, employee, partner and/or shareholder of Chiricahua Community Health Centers, Inc. ("CCHCI")), and further, that Dr. Parry was, at all times pertinent hereto, acting within the course and scope of said agency, service, employment or partnership.

7. That Dr. Deese is a doctor practicing General Dentistry and was doing business as such as an agent, servant, employee, partner and/or shareholder of CCHCI, and further, that Dr. Deese was, at all times pertinent hereto, acting within the course and scope of said agency, service, employment or partnership.

8. At all times relevant herein, CCHCI is an Arizona non-profit corporation providing healthcare and social assistance in Cochise County, Arizona.

9. Pursuant to the Federally Supported Health Centers Assistance Act, as amended, sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. §§ 233(g)-(n), CCHCI, and its employees, including Dr. Parry and Dr. Deese, are deemed to be employees of the PHS.

. . . .

## II.      MEDICAL NEGLIGENCE

10.     Plaintiff realleges and incorporates the foregoing allegations as though fully set forth herein.

11.     On March 20, 2019, Plaintiff had his right lower jaw wisdom tooth (tooth #32) extracted by Dr. Parry, who practices at the CCHCI in Douglas, Arizona.  The procedure occurred at the Center's Sierra Vista, Arizona office.  Dr. Parry and Dr. Deese, also of CCHCI, thereafter mismanaged a post-procedure complication of the extraction.

12.     In the performance of rendering dental care to Plaintiff, Dr. Parry, Dr. Deese, and/or CCHCI failed to meet the accepted standards of care for a reasonably prudent dentist in the same class, acting under the same or similar circumstances, and that such failure was the proximate cause of Plaintiff being severely injured as a result of the dental care he received.  Further, Dr. Parry and Dr. Deese and/or CCHCI failed to assess and treat Plaintiff's condition and symptoms subsequent to his wisdom tooth extraction on March 20, 2019, causing him to seek dental treatment elsewhere, said delay causing severe injuries and harm to Plaintiff.

## III.     VICARIOUS LIABILITY

13.     Plaintiff realleges and incorporates the foregoing allegations as though fully set forth herein.

14.     That the Defendant U.S.A., through the CCHCI and the U.S. Department of Health and Human Services, is vicariously liable for the conduct of Dr. Parry and Dr. Deese

alleged herein, as well as other agents and employees of CCHCI who acted under the supervision of Dr. Parry in the care and treatment of Plaintiff.

15. That as a result of Defendants' negligence, Plaintiff has suffered significant injuries as well as economic damages, including medical expenses.

WHEREFORE, Plaintiff prays for judgment against the Defendant as follows:

A. For special, compensatory and statutory damages;

B. For taxable costs incurred herein; and

C. For such other and further relief as the Court deems just and proper in the premises.

DATED this 17th day of March, 2021.

        McNAMARA LAW FIRM, PLLC

        By: /s/ Michael F. McNamara
            Michael F. McNamara
            *Attorney for Plaintiff*

The foregoing document electronically filed with the U.S. District Court, District of Arizona, this 17th day of March, 2021.