**McNAMARA LAW FIRM, PLLC**
1670 East River Road, Suite 200
Tucson, Arizona 85718
(520) 624-0126
(520) 624-9238 – FAX

Michael F. McNamara, PCC 37860; SBN 011277
E-mail: mfm@mgm-legal.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marco A. Dagnino, Jr., a single man,<br><br>      Plaintiff,<br><br>v.<br><br>United States of America, a governmental entity,<br><br>      Defendant. | NO.  CV-21-00113-TUC-LCK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

    Plaintiff, through counsel undersigned, pursuant to Rule 41(a)(1)A(i), Arizona Rules of Civil Procedure, hereby dismisses the aforementioned case as to the Defendant, with prejudice, each party to bear its own costs and attorney's fees.

    DATED this 14th day of June, 2021.

                               McNAMARA LAW FIRM, PLLC

                               By: */s/ Michael F. McNamara*  .
                                   Michael F. McNamara
                                   *Attorney for Plaintiff*

The foregoing document electronically filed with the U.S. District Court, District of Arizona, this 14th day of June, 2021.